UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **JERRY L. JOHNSON** | * | **CIVIL ACTION NO. 16-1632** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **JPMORGAN CHASE & CO., a/k/a JP MORGAN CHASE BANK, N.A.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Defendant JPMorgan Chase Bank, N.A.'s Rule 12(b)(6) Motion to Dismiss [Doc. No. 6] is hereby DENIED.

MONROE, LOUISIANA, this 31st day of March, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE