UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JERRY L. JOHNSON** | **CIVIL ACTION NO. 16-1632** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **J P MORGAN CHASE BANK, N.A.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in the Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant J P Morgan Chase Bank, N.A.'s Motion for Summary Judgment [Doc. No. 22] is GRANTED, and Plaintiff Jerry L. Johnson's claims are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 14th day of February, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE